UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN PAZ,

        Plaintiff,

                                                Case No. 10-cv-61213

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

      Defendant, Mercantile Adjustment Bureau, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                Respectfully submitted,

                                                /s/ Dayle M. Van Hoose
                                                Dayle M. Van Hoose, Esq.
                                                Florida Bar No. 0016277
                                                Kenneth C. Grace, Esq.
                                                Florida Bar No. 0658464
                                                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                3350 Buschwood Park Drive, Suite 195
                                                Tampa, Florida 33618
                                                Telephone: (813) 890-2463
                                                Facsimile: (866) 466-3140
                                                dvanhoose@sessions-law.biz
                                                kgrace@sessions-law.biz

                Attorneys for Defendant,
                Mercantile Adjustment Bureau, LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of November 2010, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

                Alex D. Weisberg, Esq.
                Weisberg & Meyers, LLC
          5722 South Flamingo Road, Suite 656
                Cooper City, FL  33330

                /s/ Dayle M. Van Hoose
                Attorney

\\sfnfs02\prolawdocs\9549\9549-26306\Paz, Carmen\278609.doc