UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61213-CIV-HUCK/O'SULLIVAN

CARMEN PAZ,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC,

    Defendant.

_____/

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that a hearing will be held on **Friday, January 7, 2011 at 12:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida, specifically to address the status of this case in light of the Notice of Pending Settlement (D.E. # 9), which was filed on November 11, 2010 and represented that the parties would file appropriate dismissal documents upon their execution.

    DONE in Chambers, in Miami, Florida, January 3, 2011.

                                                         /s/ Evelyn Williams
                                                         Deputy Clerk
                                                         United States District Court

**Copies furnished to:**
All Counsel of Record