UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61213-CIV-HUCK/O'SULLIVAN

CARMEN PAZ,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. # 11), filed January 4, 2011. Having considered the stipulation and being otherwise duly advised, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. The parties shall bear their own attorneys' fees and costs except as provided in the parties Settlement Agreement and Release of Liability. All pending motions are DENIED as moot, and the case is CLOSED.

DONE and ORDERED in Chambers, Miami, Florida, January 5, 2011.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record